# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 15-1 |
| SEAN MOONEY,<br>      Defendant. | : | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because the case involves (**check all that apply**):

    __X__   Crime of violence (18 U.S.C. § 3156)

    ____   Maximum sentence life imprisonment or death

    ____   10+ year drug offense

    ____   Felony, with two prior convictions in above categories

    __X__   Minor victim

    ____   Possession/ use of firearm, destructive device or other dangerous weapon

    ____   Failure to register under 18 U.S.C. § 2250

    __X__   Serious risk defendant will flee

    ____   Serious risk obstruction of justice

1

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    _X_    Defendant's appearance as required

    _X_    Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    _X_    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense with minor victim (Coercion and Enticement of a Minor; Transportation of Child Pornography)

    ___    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ___    At first appearance

    _X_    After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

_____ (a) on release pending trial for a felony;

_____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

_____ (c) on probation or parole for an offense.

_____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

_____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 15th day of January, 2015.

Respectfully submitted,

CHARLES M. OBERLY, III
United States Attorney

BY: */s/ Edward J. McAndrew*
Edward J. McAndrew
Assistant United States Attorney

3