IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 15- 17-UNA |
| | : |
| SEAN MOONEY, | : |
| | : |
| Defendant. | : |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count 1

On or about August 1, 2014, through on or about September 29, 2014, the defendant, SEAN MOONEY, did knowingly receive any child pornography and materials that contain any child pornography that had been mailed, shipped and transported in or affecting interstate and foreign commerce by any means, including by computer; to wit, SEAN MOONEY did knowingly receive multiple digital files containing visual depictions of a minor engaged in sexually explicit conduct, including but not limited to the lascivious exhibition of the genitals and pubic area, in violation of Title 18, United States Code, Section 2252A(a)(2).

CHARLES M. OBERLY, III
UNITED STATES ATTORNEY

By: /s/ Edward J. McAndrew
Edward J. McAndrew
Assistant United States Attorney

Dated: April 7, 2015

2015 APR -8 PM 2: 14

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE